**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
TUTOR-SALIBA/KOCH/TIDEWATER JV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No.: C 05-4044 |
| ) | |
| TUTOR-SALIBA/KOCH/TIDEWATER JV., ) | **NOTICE OF ACTION BROUGHT** |
| ) | **FOR EXONERATION FROM OR** |
| Plaintiff, ) | **LIMITATION OF LIABILITY** |
| ) | |
| For Exoneration from or Limitation of ) | |
| Liability. ) | |
| ) | |

NOTICE IS HEREBY GIVEN that plaintiff, TUTOR-SALIBA/KOCH/TIDEWATER JV, has on October 6, 2005 filed a complaint wherein it claims the losses, damages and injuries occasioned, allegedly sustained or incurred upon or in any manner arising out of the operation of a flexi-barge designated "EM1010", on or around April 13, 2004, were not the result of any negligence on its part or any unseaworthiness of the vessel or that any such negligence or unseaworthiness was without the knowledge or privity of plaintiff.

All persons, concerns, or firms having claims for such loss, damage or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before December 1, 2005, with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, and serve on or mail a copy thereof to plaintiff's attorneys, COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
IMU.Brusseau

-2-

1  Embarcadero, San Francisco, California 94105, Attention: Richard C. Wootton, or be
2  defaulted.
3      Any claimant desiring to contest the right of the plaintiff to exoneration from or
4  limitation of liability must file an answer to the said complaint, unless his claim has
5  contained an answer, and serve on or mail to plaintiff's attorneys a copy thereof on or
6  before the date set forth above, as required by the Federal Rules of Civil Procedure,
7  Supplemental Rule F(5) for Admiralty and Maritime Claims.

11  Dated: October 14, 2005

IT IS SO ORDERED
Judge William Alsup

_____
JUDGE, U.S. DISTRICT COURT

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601
IMU.Brusseau