United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re* Complaint of
TUTOR-SALIBA/KOCH/TIDEWATER JV,

      Plaintiff.

_____/

No. C 05-04044 WHA

**ORDER RE FAILURE TO FILE REPORT**

On December 12, 2005, the Court ordered counsel for plaintiff in the above-entitled action to "submit a status report on *Brusseau v. Tutor-Saliba/Koch/Tidewater*, No. 05-440193, every three months" from that date. The report due yesterday was not filed. **IF THE REPORT IS NOT FILED BY FRIDAY, MARCH 17, 2006, THIS ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE.** The second report will remain due June 12, 2006.

**IT IS SO ORDERED.**

Dated:  March 14, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE