IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Complaint of | No. C 05-04044 WHA |
| TUTOR-SALIBA/KOCH/TIDEWATER JV, | |
| Plaintiff. | **ORDER RE REQUEST FOR TRANSFER TO MAGISTRATE AND FURTHER PROCEEDINGS** |

The request to transfer this action to a magistrate judge is **DENIED**. Plaintiff and claimant Thadd Brusseau shall appear for a status hearing on this action at **11 A.M., THURSDAY, SEPTEMBER 14, 2006**. At that time, the Court will consider whether to allow some degree of discovery to proceed.

**IT IS SO ORDERED.**

Dated: June 12, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE